UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sonjia Ranae McClure,

    Plaintiff,

v.                                                                  Case No. 13-12599

Commissioner of Social Security,                Honorable Sean F. Cox
                                                                    Magistrate Judge David R. Grand

    Defendant.

_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

    This is a social security appeal.  On June 13, 2013, Plaintiff Sonjia Ranae McClure filed her Complaint with this Court against the Commissioner of Social Security, alleging that Administrative Law Judge Earl A. Witten's denial of her Supplemental Security Income application is unsupported by substantial evidence and is contrary to law and regulation.  (Doc. #1).

    On September 17, 2013, Plaintiff filed a Motion For Summary Judgment  (Doc. #10).  On December 16, 2013, Defendant filed a Cross-Motion for Summary Judgment (Doc. #15).  This case was referred to Magistrate Judge David R. Grand for issuance of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C).  (Doc. #2).

    On May 29, 2014, Magistrate Judge Grand issued a Report and Recommendation ("R&R") wherein he recommended that this Court DENY Defendant's Motion for Summary Judgment, GRANT IN PART Plaintiff's Motion for Summary Judgment, and REMAND the case to the ALJ for further proceedings.  (Doc. #17).

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a

matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R. FED. R. CIV. P. 72(b)(2). "The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3).

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. Furthermore, the Court agrees with the Magistrate Judge's recommendation. Therefore, the Court hereby ADOPTS the May 29, 2014 R&R. IT IS ORDERED that Plaintiff's Motion for Summary Judgment (Doc. #10) is GRANTED IN PART and DENIED IN PART. The case is remanded to the ALJ for proceedings consistent with this Order, and the May 29, 2014 Report and Recommendation.

    **IT IS SO ORDERED.**

                          S/Sean F. Cox
                          Sean F. Cox
                          United States District Judge

Dated: June 19, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 19, 2014, by electronic and/or ordinary mail.

                          S/Jennifer McCoy
                          Case Manager