UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sonjia Ranae McClure,

    Plaintiff,

v.                                                                                  Case No. 13-12599

Commissioner of Social Security,                     Honorable Sean F. Cox
                                                  Magistrate Judge David R. Grand

    Defendant.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

This is a social security appeal. On June 13, 2013, Plaintiff Sonjia Ranae McClure filed her Complaint with this Court against the Commissioner of Social Security, alleging that Administrative Law Judge Earl A. Witten's denial of her Supplemental Security Income application is unsupported by substantial evidence and is contrary to law and regulation. (Doc. #1).

On September 17, 2013, Plaintiff filed a Motion For Summary Judgment (Doc. #10). On December 16, 2013, Defendant filed a Cross-Motion for Summary Judgment (Doc. #15). This case was referred to Magistrate Judge David R. Grand for issuance of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). (Doc. #2).

On May 29, 2014, Magistrate Judge Grand issued a Report and Recommendation ("R&R") wherein he recommended that this Court DENY Defendant's Motion for Summary Judgment, GRANT IN PART Plaintiff's Motion for Summary Judgment, and REMAND the case to the ALJ for further proceedings. (Doc. #17). On June 19, 2014, this Court adopted the Magistrate Judge's May 29, 2014 Report and Recommendation, reversed the Commissioner's denial of benefits, and

remanded the case to the ALJ for further proceedings.  (Doc. #19).

On July 21, 2014, Plaintiff filed a Motion for Attorney's Fees pursuant to the Equal Access to Justice Act.  (Doc. #21).  Plaintiff's motion was referred to Magistrate Judge Grand for issuance of a Report and Recommendation pursuant to 28 U.S.C. section 636(b)(1)(B).  (Doc. #22).

The Commissioner of Social Security failed to file a response to Plaintiff's Motion for Attorney's Fees.  On August 28, 2014, Magistrate Judge Grand issued an R&R recommending that the Court grant Plaintiff's motion and award her $6,528.51 in attorney's fees and $400 in costs. (Aug. 28, 2014 R&R, Doc. #23).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  FED. R. CIV. P. 72(b)(2).  "The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3).

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.  Furthermore, the Court agrees with the Magistrate Judge's recommendation.  Therefore, the Court hereby ADOPTS the August 28, 2014 R&R.  IT IS ORDERED that Plaintiff's Motion for Attorney's Fees is GRANTED.  The Court awards Plaintiff attorney's fees in the amount of $6,528.51 and costs in the amount of $400.

**IT IS SO ORDERED.**

S/Sean F. Cox<br>
Sean F. Cox<br>
United States District Judge

Dated:  September 23, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on

2

September 23, 2014, by electronic and/or ordinary mail.

         S/Jennifer McCoy
         Case Manager